IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-02046-ZLW-PAC
    Related to Civil Action No.   03-cv-00730-ZLW-PAC

CHARLES EICKLEBERRY,

    Plaintiff(s),

v.

Mr. DUNCAN, Federal Officer,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Motion for Order Compelling Defendant to Answer Request for Production of Documents, Rule 37 Fed. R. Civ. P. dated February 16, 2006 (doc. 54) is denied for Plaintiff's failure to confer, either by telephone or in writing with defense counsel before filing the motion, see D.C.COLO.LCivR 7.1A, and for Plaintiff's failure to attach to the motion or to set forth verbatim in the motion the objectionable discovery requests and responses.  See D.C.COLO.LCivR 37.1.

Dated:  February 22, 2006