IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-02046-ZLW-PAC
     Related to Civil Action No.   03-cv-00730-ZLW-PAC

CHARLES EICKLEBERRY,

     Plaintiff(s),

v.

Mr. DUNCAN, Federal Officer,

     Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that plaintiff's Motion for Reconsideration for Order to Compel Defendant to Answer Request for Interrogatories [filed June 1, 2006; Doc. 66] is **granted** to the extent the court reconsiders its previous order; however, the motion is **denied** to the extent plaintiff asks the court to compel defendant to answer plaintiff's Request for Interrogatories.

     On December 6, 2006, plaintiff knew that he had three months to complete discovery. Plaintiff also apparently knew that he might be transferred to another facility in the near future pursuant to the terms of a settlement agreement. Plaintiff had approximately thirty days to serve written discovery on the defendant before his transfer to F.P.C. Marion and has not justified his failure to do so.

Dated:  June 13, 2006