IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-02046-ZLW-PAC
      Related to Civil Action No.   03-cv-00730-ZLW-PAC

CHARLES EICKLEBERRY,

      Plaintiff(s),

v.

Mr. DUNCAN, Federal Officer,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Motion for Leave of Court to Conduct Limited Discovery Prior to Trial [filed July 14, 2006; Doc. No. 73] is **GRANTED** as follows:

      Plaintiff has until on or before August 15, 2006 to complete the depositions of Defendant Duncan, Officers Aicher, Price Flemming and Dunlap.

Dated:  July 17, 2006