IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 03-cv-02046-ZLW-PAC

CHARLES EICKLEBERRY,

     Plaintiff,

v.

MR. DUNCAN, Federal Officer, and
THE UNITED STATES OF AMERICA,

     Defendants.

_____

## ORDER
_____

On July 21, 2006, counsel for the parties advised the Court that this case had settled. It is, therefore,

ORDERED that the trial preparation conference set on Wednesday, August 30, 2006, at 3:30 p.m. and the trial set on Thursday, September 14, 2006, at 9:30 a.m. are hereby vacated. It is

FURTHER ORDERED that this case is held in abeyance pending the filing of settlement papers. It is

FURTHER ORDERED that settlement papers shall be filed on or before July 31, 2006. If by that date settlement papers have not been received by the Court, on August 7, 2006, the case will be dismissed without prejudice.

Dated at Denver, Colorado, this __26__ day of July, 2006.

                    BY THE COURT:

                    *Zita L. Weinshienk*
                    ZITA L. WEINSHIENK, Senior Judge
                    United States District Court