IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  03-cv-02046-ZLW-PAC

CHARLES EICKLEBERRY,

    Plaintiff,

v.

MR. DUNCAN, Federal Officer, and
THE UNITED STATES OF AMERICA,

    Defendants.
_____

### ORDER OF DISMISSAL
_____

Pursuant to and in accordance with the Stipulation For Dismissal, signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorney's fees.

Dated at Denver, Colorado, this   26   day of July, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court